UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM JOINER, an individual,<br><br>          Plaintiff - Appellee,<br><br> v.<br><br>CHANNEL 5, LLC, a Washington Limited Liability Company; et al.,<br><br>          Defendants - Appellants,<br><br>and<br><br>KELLY S. JOHNSON, an individual and DOES, 1 through 200, inclusive,<br><br>          Defendants. | No. 25-1256<br><br>D.C. No.<br>8:24-cv-01160-CBM-KS<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before: M. SMITH, CHRISTEN, and FORREST, Circuit Judges.

On November 24, 2025, we granted Appellants' motion to hold this appeal in abeyance, Dkt. 45, pending the outcome of the petition for certiorari in *Gopher Media LLC v. Melone*. In light of the Supreme Court's denial of certiorari on June 15, 2026, *see* No. 24-2626, Dkt. 99, Appellants are directed to file a response within ten days advising whether there is any reason this appeal should not be dismissed.